UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | DOCKET NO: 3:19-CR-353-MOC-DCK |
| V. | ) | |
| | ) | ORDER |
| | ) | |
| JORGE AURELIO GUTIERREZ FLORES, | ) | |
| | ) | |

This matter is before the Court on its own Motion to administratively close the case as to **Jorge Aurelio Gutierrez Flores**  The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: December 18, 2020

Max O. Cogburn Jr.
United States District Judge