UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-00353-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOSE AURELIO GUTIERREZ FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss without Prejudice the Bill of Indictment in this case. (Doc. No. 17).

The Motion to Dismiss Without Prejudice, (Doc. No. 17), is **GRANTED**. To this extent, the pending motions shall be **TERMINATED** as **MOOT**: Motion to Dismiss, (Doc. No. 12), Motion for Discovery, (Doc. No. 13), Motion to Suppress Statements, (Doc. No. 14), Motion to Continue Docket Call/Trial, (Doc. No. 15).

**IT IS SO ORDERED**.

Signed: November 3, 2022

Max O. Cogburn Jr.
United States District Judge